IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERTO BERAS,
    Petitioner,
    v.
S.M. KUTA, WARDEN, MOSHANNON
VALLEY CORRECTIONAL CENTER,
    Respondent

Case No. 3:17-cv-116-KRG-KAP

## Order

Petitioner's motion for leave to appeal *in forma pauperis*, ECF no. 17, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(3).

The Magistrate Judge filed a Report and Recommendation on February 12, 2020, ECF no. 18, recommending that the motion be denied.

Petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. Petitioner filed objections at ECF nos. 19 and 20.

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the objections at ECF nos. 19 and 20 are meritless. The following order is entered:

AND NOW, this 3rd day of March 2020, it is ORDERED that the motion for leave to appeal *in forma pauperis* is denied, without prejudice to applying to the Court of Appeals. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE